UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TONY LUCIBELLO,

        Plaintiff,

vs.                                Case No. 2:05-cv-24-FtM-29SPC

BOOMERS NEIGHBORHOOD GRILL & BAR, INC.,

        Defendant.
_____

**ORDER**

     This matter comes before the Court on plaintiff's Motion for Dismissal Without Prejudice or, in the Alternative, Motion to Extend Deadlines (Doc. #31), filed on May 20, 2005, and defendant's Motion for Attorney's Fees (Doc. #32), filed June 3, 2005.

     Under Fed. R. Civ. P. 41(a)(1), plaintiff is not entitled to a voluntary dismissal without an order of Court once an Answer has been filed by the defendant. Defendant filed an Answer & Affirmative Defenses (Doc. #19) on March 28, 2005. Therefore, plaintiff may only voluntarily dismiss a case pursuant to Fed. R. Civ. P. 41(a)(2) by order of Court and "upon such terms and conditions as the court deems proper." "'[A] voluntary dismissal should be granted unless the defendant will suffer clear legal prejudice, *other than the mere prospect of a subsequent lawsuit,* as a result.'" Pontenberg v. Boston Scientific Corp., 252 F.3d 1253, 1255 (11th Cir. 2001)(citing McCants v. Fort Motor Co., Inc., 781

F.2d 855, 857 (11th Cir. 1986))(emphasis in original). Defendant will suffer no prejudice by the dismissal, and the condition set forth below are those found necessary by the court.

Having reviewed the matters in the court file, the Court exercises its discretion and declines to award defendant attorney fees on any of the grounds specified in its motion.

Accordingly, it is now

**ORDERED**:

1. Plaintiff's Motion for Dismissal Without Prejudice or, in the Alternative, Motion to Extend Deadlines (Doc. #31) is **GRANTED** to the extent that the case is dismissed without prejudice upon the following conditions: (1) Plaintiff must refile the case, if at all, no later than September 1, 2005; (2) Defendant may file a motion for Rule 54 costs within the time provided by the federal rules. The Clerk shall enter Judgment dismissing the case without prejudice accordingly and close the file.

2. Defendant's Motion for Attorney's Fees (Doc. #32) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this __8th__ day of June, 2005.

_____
JOHN E. STEELE
United States District Judge